IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBORAH MARCAKIS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| INTERSTATE CHECK SYSTEMS, INC., et al. | : | NO. 10-5065 |

### O R D E R

AND NOW, this 16th day of November, 2010, it is hereby ORDERED that the parties in this case exchange ALL DISCOVERABLE DOCUMENTS relating to disputed credit reports and related transactions well before the Rule 16 Conference.

If the parties require a confidentiality agreement but cannot agree to its terms, the Court is prepared to hold an immediate telephone conference to resolve any disputes.

Any party that fails to comply with this order may be subject to sanctions.

Plaintiff's counsel shall ensure that defendants receive a copy of this Order.

BY THE COURT:

s/paul s. diamond

_____
PAUL S. DIAMOND, J.

civil-o.frm (9/97)