*Received Interstate*
*ED PA   10-5065*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.   10-5065

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Interstate Check Systems Inc.
was received by me on *(date)* 11/23/2010.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jason Jackubec , who is
designated by law to accept service of process on behalf of *(name of organization)* Interstate Check
Systems Inc.   on *(date)* 11/23/2010 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 11/24/2010

*Server's signature*

Joseph A. Dingey
*Printed name and title*

N. Tonawanda, NY 14120
*Server's address*

Additional information regarding attempted service, etc:

# AFFIDAVIT OF SERVICE ON A CORPORATION

| | |
|---|---|
| State of: Pennsylvania | County of: Eastern District |
| Court: U.S. District | Index #: 10-5065 |
| | Date Purchased: 9/28/2010 |

*Plaintiff/Petitioner:*
**Deborah Marcakis**

*Defendant/Respondent:*                                vs:

Interstate Check Systems, Inc. (ICS) a/k/a Northtown Capital Associates, LLC

---

State of: NY
County of: Niagara

Joseph A. Dingey, Jr., being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides at: N. Tonawanda, New York
that on: **11/23/2010** at: **3:11pm** at: 15 Hazelwood Drive, Suite #102, Amherst, NY 14228
deponent served the within:

**Summons In a Civil Action & Complaint**

\*     PAPERS SERVED WITH INDEX # & DATE PURCHASED
\*     Return Date if any:

ON:  **Interstate Check Systems, Inc. (ICS)**

CORPORATION ☒     A corporation, by delivering thereat a true copy of each to: Jason Jackubec personally, deponent knew said corporation so served to be the corporation, described in same as Defendant and knew said individual to be: Owner, thereof an authorized person to accept service of process.

DESCRIPTION ☒     SEX: Male,     SKIN COLOR: White,     AGE: 36 - 50 Yrs.,     HEIGHT: Over 6',
HAIR COLOR: Brown,     WEIGHT: Over 200 Lbs.,
Other identifying features:

WITNESS FEE ☐     $     the authorizing traveling expenses and one day's witness fee was paid(tendered) to the Defendant.

Sworn to before me on this: 11/24/2010

_____
Notary Public

Nickie S. Hamilton
Notary Public, State of New York
Qualified in Niagara Co.
My Commission Expires
March 31st, 2012

_____ ss
Print name below signature
Joseph A. Dingey, Jr.

201016126                                Client File#: